**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.youtube.com/watch?v=jggMF0oIu2c



**EXHIBIT 2:** INFRINGEMENT #2

URL: https://lawandcrime.com/sidebar-podcast/adventures-with-purpose-founder-arrested-for-child-rape-allegations/

